IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01839-DME-MEH

AYNGARAN INTERNATIONAL PVT. LTD.,
a corporation organized and existing under the laws of Great Britain;

      Plaintiff,

v.

RAAGA, LLC; a Nevada Limited-Liability Company;
JOHN DOE #1, d/b/a oosai.com; and
ASV CYBER SOLUTIONS, d/b/a musicindiaonline.com;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 20, 2007.**

      Due to the difficulties with service in this case, Plaintiff's Motion to Amend Scheduling Order [Filed February 19, 2007; Docket #51] is **granted**. The deadline for joinder of parties and amendment of pleadings is reset to April 4, 2007.

      The parties are cautioned that a failure to timely commence discovery with parties already participating in this lawsuit does not constitute good cause for amending the scheduling order and that no deadlines will be extended absent such cause.