IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01839-DME-MEH

AYNGARAN INTERNATIONAL PVT. LTD.,
a corporation organized and existing under the laws of Great Britain;

    Plaintiff,

v.

RAAGA, LLC; a Nevada Limited-Liability Company; and
ASV CYBER SOLUTIONS, d/b/a musicindiaonline.com;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 5, 2007.**

    Plaintiff's Motion Clerk to Withdraw Request that Clerk Enter Default Against ASV Cyber Solutions d/b/a musicindiaonline.com [Filed February 5, 2007; Docket #46] is **granted**. The Motion for Entry of Default Judgment [Docket #45] is **terminated** and deemed withdrawn.