IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01839-DME-MEH

AYNGARAN INTERNATIONAL PVT. LTD.,
a corporation organized and existing under the laws of Great Britain;

    Plaintiff,

v.

RAAGA, LLC; a Nevada Limited-Liability Company;
JOHN DOE #1, d/b/a oosai.com; and
ASV CYBER SOLUTIONS, d/b/a musicindiaonline.com;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 10, 2007.**

    Defendant Raaga LLC's unopposed Motion for Leave to File Third Party Complaint [Filed April 4, 2007; Docket #63] is **granted**. The Clerk of the Court is directed to file Docket #63-2 as Defendant Raaga, LLC's Third Party Complaint.

    Defendant's Amended Rule 7.1(a) Certification [Filed April 9, 2007; Docket #68], filed as a motion, is to be **terminated** from the pending motions list.