IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01839-DME-MEH

AYNGARAN INTERNATIONAL PVT. LTD.,
a corporation organized and existing under the laws of Great Britain;

    Plaintiff,
v.

RAAGA, LLC; a Nevada Limited-Liability Company;
JOHN DOE #1, d/b/a oosai.com; and
ASV CYBER SOLUTIONS, d/b/a musicindiaonline.com;

    Defendants.
_____

## ORDER ON PLAINTIFF'S MOTION TO AMEND, SUPPLEMENT AND ADD ADDITIONAL PARTIES
_____

Before the Court is Plaintiff's Motion to Amend, Supplement and Add Additional Parties [Docket #58]. The matter has been referred to this Court [Docket #60]. Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, the Court **grants** the Motion to Amend.

Plaintiff is seeking leave to add additional Defendants, the principals of Defendant Raaga, LLC, and to add an additional claim of copyright infringement. The motion is timely filed under the deadlines set forth in the Scheduling Order. Dock. #42. Thus, the liberal standards of Rule 15(a) apply to the amendment and the standard of Rule 20(a) applies to the joinder of new Defendants.

Leave to amend is to be freely given "when justice so requires." Fed. R. Civ. P. 15(a). Here, Plaintiff argues that, through discovery, Plaintiff has learned of another copyright violation. Plaintiff also argues that claims against the owners of Defendant Raaga, LLC, are appropriate based on their involvement in the alleged infringement. This new evidence properly supports and amendment to the

Complaint and the joinder of additional Defendants.  Although Defendant Raaga, LLC, objects to the Motion, it did not file a Response to the Motion within the time frame provided in the Local Rules. Thus, Defendant has put forth no argument that justice does not require this amendment. Accordingly, for the reasons stated above, it is hereby ORDERED that Plaintiff's Motion to Amend, Supplement and Add Additional Parties [Filed April 4, 2007; Docket #58] is **granted**.  The Clerk of the Court is directed to file Docket #58-2 as Plaintiff's First Amended Complaint.

Dated at Denver, Colorado, this 2nd day of May, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge