IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01839-DME-MEH

AYNGARAN INTERNATIONAL PVT. LTD.,
a corporation organized and existing under the laws of Great Britain;

      Plaintiff,

v.

RAAGA, LLC; a Nevada Limited-Liability Company;
JOHN DOE #1, d/b/a oosai.com; and
ASV CYBER SOLUTIONS, d/b/a musicindiaonline.com;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 1, 2007.**

Based upon the parties' agreement, and the entire record herein, Defendants' Unopposed Motion for Entry of Protective Order [Filed May 31, 2007; Docket #83] is **granted**. The Court will sign the Protective Order and enter it on the record.