IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01839-DME-MEH

AYNGARAN INTERNATIONAL PVT. LTD.,
a corporation organized and existing under the laws of Great Britain;

      Plaintiff,

v.

RAAGA, LLC; a Nevada Limited-Liability Company;
JOHN DOE #1, d/b/a oosai.com; and
ASV CYBER SOLUTIONS, d/b/a musicindiaonline.com;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 8, 2007.**

The Unopposed Motion to Postpone Settlement Conference [Filed June 7, 2007; Docket #87] is **granted** in part and **denied** in part. The Court understands the parties' desire to avoid unnecessary expenses. However, settlement negotiations have been underway for over three months, and the Court believes that a settlement conference with local attorneys only could low-cost alternative to facilitate the resolution of this case. If this matter has not been resolved by June 15, 2007, local counsel for both parties shall appear at the settlement conference; out of state counsel and both parties are to be available by phone.