IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01839-DME-MEH

AYNGARAN INTERNATIONAL PVT. LTD., a corporation organized and existing under the laws of Great Britain,

Plaintiff,

v.

RAAGA, LLC, a Nevada Limited-Liability Company;
VANITHA SENTHAMARAI KANNAN;
SENTHIL VANKATARAMANI,

Defendants.

---

**ORDER**

---

THIS COURT, having examined the Stipulation of Dismissal With Prejudice filed by Plaintiff AYNGARAN INTERNATIONAL PVT. LTD. and Defendants RAAGA, LLC, VANITHA SENTHAMARAI KANNAN and SENTHIL VANKATARAMANI, and being fully advised in the premises,

Finds that this action and all claims and counterclaims raised against each other by Plaintiff AYNGARAN INTERNATIONAL PVT. LTD. and Defendants RAAGA, LLC, VANITHA SENTHAMARAI KANNAN and SENTHIL VANKATARAMANI in the above-cited action are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this  4th  day of October,  2007.

*s/ David M. Ebel*
David M. Ebel
United States Circuit Court Judge